IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>      Plaintiff,<br><br>    vs.<br><br>D. ORTIZ, et al.,<br><br>      Defendants. | 1:06-CV-01654-AWI-SMS-P<br><br>THIRD ORDER TO SUBMIT CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE<br><br>ORDER FOR CLERK TO SEND PLAINTIFF TWO COPIES OF THIS ORDER |

      Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 27, 2006, the court ordered plaintiff to submit an application to proceed in forma pauperis and a certified copy of his prison trust account statement, or in the alternative, to pay the $350.00 filing fee. On December 1, 2006, plaintiff submitted an application to proceed in forma pauperis; however, plaintiff did not submit the required certified copy of his trust account statement. See 28 U.S.C. § 1915.

      On December 8, 2006, the court again ordered plaintiff to submit a certified copy of his trust account statement or pay the $350.00 filing fee. On December 18, 2006, plaintiff submitted another application to proceed in forma pauperis. However, plaintiff did not submit a certified copy of his prison trust account statement.

1

In the court's order of November 27, 2006, plaintiff was informed that it is ultimately his responsibility to follow procedures established at the prison to insure that the court receives the required documents. Plaintiff was also directed to show a copy of the order to prison officials if he needed assistance to obtain signatures and a certified copy of his trust account statement.

Plaintiff shall be given a **final opportunity** to submit a certified copy of his trust account statement as ordered by the court. Pursuant to Local Rule 11-110, failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.

2. The Clerk is directed to send plaintiff two (2) copies of this order, so plaintiff can give a copy to prison officials for assistance.

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order**.

IT IS SO ORDERED.

**Dated:   January 22, 2007**            /s/ Sandra M. Snyder
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE

2