1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

11   LUIS RODRIGUEZ,                              )          1:06-cv-01654-AWI-SMS PC
                                                  )
12          Plaintiff,                            )
                                                  )          ORDER   GRANTING   MOTION   TO
13          vs.                                   )          PROCEED IN FORMA PAUPERIS
                                                  )
14   D. ORTIZ, et al.,                            )          (Docs. 2, 11, 13, 15, 16)
                                                  )
15          Defendants.                           )
                                                  )
16   ———————————————————————

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983
17
     and has filed a motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This
18
     proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).
19
        Plaintiff has submitted a declaration that makes the showing required by § 1915(a).  Accordingly,
20
     the motion for leave to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).
21
        Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the
22
     statutory filing fee of $350.00 for this action.[1]  Plaintiff has been without funds for six months and is
23
     currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C.
24
     § 1915(b)(1).  Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's
25

26
     ———————————————
           [1] The statutory filing fee for all civil actions except petitions for writs of habeas corpus is $350.00.  See 28 U.S.C.
27   § 1914(a).

28
                                                        1

1  income credited to plaintiff's prison trust account.  These payments shall be collected and forwarded by

2  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds

3  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

4          In accordance with the above, IT IS HEREBY ORDERED that:

5              1.  Plaintiff's motion for leave to proceed in forma pauperis is granted.

6              2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  The fee

7  shall be collected and paid in accordance with this court's order to the Director of the California

8  Department of Corrections filed concurrently herewith.

9

10  IT IS SO ORDERED.

11  **Dated:**    **March 15, 2007**                          **/s/ Sandra M. Snyder**
    i0d3h8                                        UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        2