# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RODRIGUEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ORTIZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01654-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO EXHAUST PRIOR TO FILING SUIT<br><br>(Docs. 21 and 22) |

Plaintiff Luis Rodriguez ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 26, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on May 14, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Plaintiff's argument that exhaustion occurred when his appeal was partially granted at the first formal level and there was therefore nothing further for him to exhaust is without merit. As the Magistrate Judge stated, plaintiff's appeal was partially granted and partially denied. (Court Doc.

1  21, pg. 14.) The appeal was granted only in that plaintiff was scheduled for a medical appointment
2  and plaintiff's appeal was stamped. (Id.) The appeal was denied with respect to wrongdoing on the
3  defendants' part. (Id.) Given that plaintiff is attempting to impose liability on defendants under the
4  Eighth Amendment for housing him in a cell with blood and fecal matter left by an inmate with
5  AIDS, plaintiff was required to continue the pursuit of his appeal the next level of review regarding
6  his allegation that defendants committed a wrongdoing against him. Jones v. Bock, 127 S.Ct. 910,
7  918-19 (2007); Porter v. Nussle, 435 U.S. 516, 524 (2002); Booth v. Churner, 532 U.S. 731, 741
8  (2001).

9        Accordingly, IT IS HEREBY ORDERED that:
10       1.    The Findings and Recommendations, filed April 26, 2007, is adopted in full; and
11       2.    This action is dismissed, without prejudice, based on plaintiff's failure to comply
12             with 42 U.S.C. § 1997e(a) by exhausting his claim prior to filing suit.

14  IT IS SO ORDERED.
15  **Dated:   May 25, 2007**                    /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE